NICOLETTA PACE and LEONARDO PACE, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and Another, Defendant.— Motion for leave

to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.